Opinion issued December 5, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00988-CR

____________


EX PARTE SCOTT DALE MARSEE, Appellant






On Appeal from the 337th District Court

Harris County, Texas

Trial Court Cause No. 920,520






MEMORANDUM OPINION

 Appellant filed a pro se motion to dismiss the appeal. The motion complies
with amended Rule 42.2(a) of the Texas Rules of Appellate Procedure. See 63 Tex.
B.J. 789 (Tex. Crim. App. 2000). We have not yet issued a decision. Accordingly,
the appeal is dismissed. Tex. R. App. P. 42.2(a).

 The clerk of this Court is directed to issue mandate immediately. Tex. R. App.
P. 18.1.

PER CURIAM

Panel consists of Justices Hedges, Keyes, and Duggan. (1)

Do not publish. Tex. R. App. P. 47.
1. The Honorable Lee Duggan, Jr., retired Justice, Court of Appeals, First
District of Texas at Houston, participating by assignment.